# ELECTRONIC RECORD

COA #14-14-00335-CR

STYLE: Brenetta Sherman v The State of Texas

COA DISPOSITION: Affirmed as Modified

DATE: March 5, 2015    Publish: No

OFFENSE: Theft

COUNTY: Harris

TRIAL COURT: 230th District Court

TC CASE #: 1389343

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Brenetta Sherman v The State of Texas

CCA # _____

__APPELLANT'S__    Petition
FOR DISCRETIONARY REVIEW IN CCA IS:

__REFUSED__

DATE: _06/03/2015_

JUDGE: _Per Curiam_

CCA Disposition: _____ **400-15**

DATE: _____

JUDGE: _____

SIGNED: _____    PC: _____

PUBLISH: _____    DNP: _____

-------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**